IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 05-112-MA<br>CR 04-231-MA |
| Plaintiff-Respondent, | JUDGMENT |
| v. | |
| ROLANDO DEL HORNO-CHAVEZ, | |
| Defendant-Petitioner. | |

MARSH, Judge.

Based on the record and the Opinion and Order of this court filed herewith, defendant's petition to vacate, set aside, or correct sentence (#24) is DENIED, and this matter is DISMISSED.

IT IS SO ORDERED.

DATED this 3rd day of May, 2005.

                                                          /s/ Malcolm F. Marsh
                                                         Malcolm F. Marsh
                                                         United States District Judge